JOAQUIN A. DE O. BOTELHO, Respondent, *v.* JULIUS H. SIEBERT, Appellant.

*Botelho* v. *Siebert*, 188 App. Div. 966, appeal dismissed.
(Argued October 1, 1919; decided October 21, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 30, 1919, which affirmed an order of Special Term denying a motion to vacate an execution against the person of the defendant.

*Joseph Schottland* for appellant.
*Charles E. McMahon* and *George B. Hayes* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ. Absent: HOGAN, J.